1
2
3
4
5
6
7
8
9   **UNITED STATES DISTRICT COURT**
10   **DISTRICT OF NEVADA**
11

EDWARD HALVERSON,                    )
12          #1030045                          )
                                                        )
13              Plaintiff,                        )          2:10-cv-01132-PMP-LRL
                                                        )
14   vs.                                             )
                                                        )          **ORDER**
15   HOWARD SKOLNIK, *et al.*,          )
                                                        )
16              Defendants.                     )
17   ─────────────────────────/

18              On August 2, 2010, the court issued an order (docket #8) consolidating this civil rights

19   action with three other actions that raised nearly identical allegations: that the inmate-plaintiffs are

20   insulin-dependent diabetics and that on or about the end of June 2010, Southern Desert Correctional

21   Center ("SDCC")  medical personnel issued them a different type of insulin syringes that were not

22   single-use syringes.  (*Frixione v. Skolnik, et al.*, 2:10-cv-01235-PMP-RJJ (docket #1); *Jones v. Skolnik,*

23   *et al.*, 2:10-cv-01214-RLH-LRL (docket #1); *Rea v. Skolnik, et al.*, 2:10-cv-01217-PMP-PAL (docket

24   #1)).  Plaintiffs in the latter three cases additionally allege that when inmate Halverson questioned staff

25   about the expiration date of the syringes, the staff collected and removed or concealed the remaining

26   syringes.  Halverson helped the plaintiff in these three cases prepare their complaints, and all three

1   complaints name the same defendants, allege the same facts and constitutional violations and seek

2   similar injunctive relief.[1]  On July 16, 2010, an SDCC inmate filed a fifth action regarding the same

3   allegations, which was subsequently consolidated with the above matters (*Powell v. Skolnik, et al.*, 2:10-

4   cv-01182-PMP-LRL).

5           On July 29, 2010, another SDCC inmate filed a sixth action that again sets forth nearly

6   identical allegations as those described above (*Charbonnet v. Skolnik, et al.*, 2:10-cv-01273-GMN-RJJ

7   (docket #1)).  Halverson also assisted Charbonnet in preparing his complaint.

8           Under Rule 42 of the Federal Rules of Civil Procedure, the court may consolidate actions

9   when they "involve a common question of law or fact."  FRCP 42(a)(2).  Such consolidation promotes

10  judicial efficiency and avoids potentially conflicting results.  *See generally*, FRCP 42.  The instant

11  action, along with the three other actions discussed herein, involve nearly identical allegations, and thus

12  clearly involve common questions of law or fact.  Accordingly, the instant case is consolidated with the

13  four other actions discussed herein that have previously been consolidated.

14          **IT IS THEREFORE ORDERED** that the following action shall be consolidated

15  pursuant to FRCP 42:

16  CHARBONNET V. SKOLNIK, ET AL., 2:10-cv-01273-GMN-RJJ

17  with the cases that were previously consolidated, the lead case being

18  HALVERSON V. SKOLNIK, ET AL, 2:10-cv-01132-PMP-LRL.

19          **IT IS FURTHER ORDERED** the following action:

20  CHARBONNET V. SKOLNIK, ET AL., 2:10-cv-01273-GMN-RJJ

21  is hereby re-assigned to United States District Judge Philip M. Pro and United States Magistrate Judge

22  Lawrence R. Leavitt.

23          **IT IS FURTHER ORDERED** that the Clerk of Court **shall file** a copy of this order in

24  each of these actions:

25

26

_____

[1]The complaints in all consolidated actions will be screened pursuant to 28 U.S.C. § 1915(e)(2) after the receipt and resolution of applications to proceed *in forma pauperis*.

1   CHARBONNET V. SKOLNIK, ET AL., 2:10-cv-01273-GMN-RJJ;

2   POWELL V. SKOLNIK, ET AL., 2:10-cv-01182-JCM-PAL;

3   FRIXIONE V. SKOLNIK, ET AL., 2:10-cv-01235-PMP-RJJ;

4   JONES V. SKOLNIK, ET AL., 2:10-cv-01214-RLH-LRL;

5   REA V. SKOLNIK, ET AL., 2:10-cv-01217-PMP-PAL

6          **IT IS FURTHER ORDERED** that the Clerk of Court **shall modify** the docket of each

7   of these actions:

8   HALVERSON V. SKOLNIK, ET AL., 2:10-cv-01132-PMP-LRL;

9   CHARBONNET V. SKOLNIK, ET AL., 2:10-cv-01273-GMN-RJJ;

10  POWELL V. SKOLNIK, ET AL., 2:10-cv-01182-JCM-PAL;

11  FRIXIONE V. SKOLNIK, ET AL., 2:10-cv-01235-PMP-RJJ;

12  JONES V. SKOLNIK, ET AL., 2:10-cv-01214-RLH-LRL;

13  REA V. SKOLNIK, ET AL., 2:10-cv-01217-PMP-PAL

14  to reflect that these six matters have been consolidated and that the lead action is:

15  HALVERSON V. SKOLNIK, ET AL., 2:10-cv-01132-PMP-LRL.

16          **IT IS FURTHER ORDERED** that each of the actions shall proceed in its own right.

17

18          DATED this ___20th___ day of _____September_____, 2010.

19

20                                                  _____

21                                                  ROGER L. HUNT
                                                    Chief United States District Judge

22

23

24

25

26

3