1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEVAN POWELL,                          )
     #90126                          )
                                  )
           Plaintiff,                    )      2:10-cv-01182-PMP-LRL
                                  )
vs.                                    )
                                  )      **ORDER**
HOWARD SKOLNIK, *et al.*,               )
                                  )
          Defendants.                      )
_____/

          Plaintiff has submitted a *pro se* civil rights complaint.  Plaintiff has failed to submit an

application to proceed *in forma pauperis* on the required form.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local

Rules of Special Proceedings 1-1, 1-2.  Plaintiff will be granted thirty (30) days in which to submit a

completed and signed application to proceed *in forma pauperis* on the form provided by this court.  The

application must be accompanied by all required financial documentation, as described in the

instructions for use of the form.

          **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved

form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document

"Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."  Within **thirty (30)**

days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this Court.  Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this order may result in the dismissal of his lawsuit without prejudice.

DATED this 22nd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE