1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8  DEVAN POWELL,                                    )          2:10-cv-01182-PMP-LRL
        #90126                                     )
9                                                  )
                                                   )
10            Plaintiff,                            )          **ORDER**
                                                   )
11  vs.                                            )
                                                   )
12  HOWARD SKOLNIK, *et al.*,                      )
                                                   )
13            Defendants.                          )
    ———————————————————————/

14

15        This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983.  Plaintiff failed to

16  submit either the filing fee or an application to proceed *in forma pauperis* on the required form.  By

17  order filed September 22, 2010, the court ordered plaintiff to file a completed and signed application

18  to proceed *in forma pauperis* within thirty (30) days (docket #4).  The court expressly warned

19  plaintiff that failure to respond to this court's order would result in dismissal of this action.  The

20  order was served on plaintiff at his address of record.

21        More than the allotted time has elapsed and plaintiff has not responded to the court's order in

22  any manner.  Accordingly, this entire action will be dismissed for failure to comply with the court's

23  order.        **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice**

24  for the failure of plaintiff to comply with this court's order to file an application to proceed *in forma*

25  *pauperis.*

26  / / /

1    **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly

2   and close this case.

3

4   DATED:  November 5, 2010.

5

6   _____
    PHILIP M. PRO

7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26