# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEVAN POWELL,
#90126

Plaintiff,

vs.

HOWARD SKOLNIK, *et al.*,

Defendants.

2:10-cv-01182-PMP-LRL

**ORDER**

On November 5, 2010, the court dismissed this action without prejudice (docket #6) and judgment was entered by the Clerk (docket #7).

On November 9, 2010, the Clerk of Court received a payment on behalf of plaintiff in the amount of $350.00 (*see* docket #8 and #9). However, as this action is closed the Clerk shall return this payment to plaintiff. The court notes that other actions that have been consolidated with this action have been dismissed without prejudice for failure to exhaust administrative remedies.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall return to Bobeta Powell the payment of $350.00 (*see* docket #8 and #9).

**IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed case. Any such documents shall be returned, unfiled, to plaintiff.

DATED: November 15, 2010.

PHILIP M. PRO
United States District Judge